## Thomas *v.* Gibbons (No. 2).

Submitted Nov. 18, 1902. Appeal, No. 9, Oct. T. 1902, by defendant, from judgment of C. P. Delaware Co., June T., 1900, No. 118, on verdict for plaintiff in case of J. Miller Thomas v. Lydia Gibbons, I. Engle Cochran, Jr., and Job Wheaton. Before BEAVER, ORLADY, SMITH, W. W. PORTER and W. D. PORTER, JJ. Reversed.

OPINION BY SMITH, J., December 13, 1902:

This case was tried with No. 8, in the court below, and submitted to the same jury. The two cases were submitted here, on the same paper-books. We have endeavored, in No. 8, to indicate wherein they involve different principles in their determination.

For the reasons stated in that opinion, the judgment entered here is reversed and a venire de novo awarded.